# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| WATERKEEPER ALLIANCE, INC., et al., | ) | |
| | ) | |
| | ) | |
| Petitioners, | ) | No. 26-128 (lead) |
| | ) | No. 26-317 (consolidated) |
| v. | ) | No. 26-318 (consolidated) |
| | ) | No. 26-388 (consolidated) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## PETITIONERS WATERKEEPER ALLIANCE, ET AL., APPALACHIAN VOICES, ET AL., AND SIERRA CLUB'S SCHEDULING REQUEST NOTIFICATION

Pursuant to Local Rule 31.2(a)(1)(A), Petitioners in Case No. 26-128 (Waterkeeper Alliance, Inc., et al.), No. 26-318 (Appalachian Voices, et al.), and No. 26-388 (Sierra Club) hereby notify the Court that they intend to submit joint briefing in these consolidated cases and respectfully request that May 22, 2026 be set as the deadline for filing their brief. This request is submitted 11 days from Respondents' filing of a certified index to the administrative record for these cases, which was March 16, 2026, *see* ECF Nos. 44.1, 44.2, 44.3, and the requested deadline is 67 days after that date.

Dated: March 27, 2026

/s/ Thomas Cmar
Thomas Cmar
Earthjustice
6608 Wooster Pike
Cincinnati, OH 45227
(312) 257-9338
tcmar@earthjustice.org

*Counsel for Petitioners Waterkeeper
Alliance, Inc., Natural Resources Defense
Council, Clean Water Action, Diné Citizens
Against Ruining Our Environment, Kentucky
Resources Council, and Sierra Club*

Joshua Smith
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5560
joshua.smith@sierraclub.org

*Counsel for Petitioner Sierra Club*

Abel Russ
Environmental Integrity Project
888 17th St. NW, Suite 810
Washington, DC 20006
(202) 296-8800
aruss@environmentalintegrity.org

*Counsel for Petitioners Environmental
Integrity Project, PennEnvironment, Inc.,
and Prairie Rivers Network*

Nicholas Torrey
Southern Environmental Law Center
601 W. Rosemary Street, Suite 220
Chapel Hill, NC 27516
(919) 967-1450
ntorrey@selcnc.org

*Counsel for Petitioners Appalachian Voices and South Carolina Coastal Conservation League*

## CERTIFICATE OF SERVICE

I certify that on March 27, 2026, I electronically filed the foregoing

Response to Intervenors' Motion to Transfer via the Court's ACMS system and

thereby caused the foregoing to be served on all counsel of record who have

appeared in this case using that system.

Dated: March 27, 2026

/s/ Thomas Cmar_____
Thomas Cmar