**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | |
|---|---|
| WATERKEEPER ALLIANCE, INC., ET AL., <br><br> *Petitioners*, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, ET AL., <br><br> *Respondents*, <br><br> and <br><br> UTILITY WATER ACT GROUP, ET AL., <br><br> *Intervenor-Respondents*. | No. 26-128 (lead) <br> No. 26-317 (consolidated) <br> No. 26-318 (consolidated) <br> No. 26-388 (consolidated) |

**EPA'S RESPONSE TO INTERVENORS' MOTION FOR TRANSFER**

EPA does not oppose the relief requested in Intervenors' motion for transfer.

Dkt. No. 41.

DATED:  March 30, 2026          Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General

*/s/ Jeffrey Hughes*
Jeffrey Hughes
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044
Phone: (202) 532-3080
Email: Jeffrey.Hughes@usdoj.gov

Davis A. Backer
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Email: davis.backer@usdoj.gov

*Counsel for EPA*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this response complies with the requirements of Fed. R. App. P. 27(d)(2)(A) because it contains 15 words according to the count of Microsoft Word, excluding the parts of the motion exempted by Fed. R. App. P. 32(f), and therefore is within the word limit of 5,200 words.

I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion was prepared in Microsoft Word with the proportionally-spaced typeface of Times New Roman 14-point.

Date: March 30, 2026

*/s/ Jeffrey Hughes*
Jeffrey Hughes