U.S. Envtl. Prot. Agency

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of July, two thousand twenty-six.

Present:

Eunice C. Lee,
Beth Robinson,
Myrna Pérez,
*Circuit Judges*.

———————

Waterkeeper Alliance, Inc., et al.,

*Petitioners*,

v.

United States Environmental Protection Agency, Lee Zeldin, Administrator, United States Environmental Protection Agency,

*Respondents*,

Utility Water Act Group, America's Power,

*Intervenors-Respondents*.

26-128 (L),
26-317 (Con),
26-318 (Con),
26-388 (Con)

———————

Intervenors-Respondents move to transfer these consolidated petitions for review to the United States Court of Appeals for the Eighth Circuit. Upon due consideration, it is hereby ORDERED that the motion is DENIED without prejudice, subject to renewal within 28 days after briefing is complete. Transfer, in this case, is neither mandatory nor, at this time, appropriate "[f]or the convenience of the parties in the interest of justice." 28 U.S.C. § 2112(a)(5); *see also ITT World*

*Commc'ns, Inc. v. FCC*, 621 F.2d 1201, 1208–09 (2d Cir. 1980); *Am. Tel. & Tel. Co. v. FCC*, 519 F.2d 322, 325–27 (2d Cir. 1975).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court